Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−13739−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jacqueline Stolz
dba 1255 Erhardt St. LLC
44 Maple Avenue
Mendham, NJ 07945

Social Security No.:
xxx−xx−3588

Employer's Tax I.D. No.:
47−5001966

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           5/14/20
Time:            08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: March 16, 2020
JAN: rh

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 20-13739-JKS
Jacqueline Stolz                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin            Page 1 of 1         Date Rcvd: Mar 16, 2020
                            Form ID: 132           Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db             +Jacqueline Stolz,    44 Maple Avenue,    Mendham, NJ 07945-1320
518747363      +BSI Financial Services,    314 South Franklin Street,    P.O. Box 517,
                 Titusville, PA 16354-0517
518747362      +Blackstone Residential Operating Partnership LP,    C/O Feitlin, Youngman, karas & Youngman,,
                 65 Harristown Road, Suite #207,    Glen Rock, NJ 07452-3317
518747365      +Chase,    P.o. Box 1423,   Charlotte, NC 28201-1423
518747366      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
518747367      +Quicken Loans Inc.,    P.O. Box 6577,    Carol Stream, IL 60197-6577
518764981      +Robert Soltz,    44 Maple Avenue,    Mendham, NJ 07945-1320
518747368      +TD Bank, NA,    P.O. Box 100290,   Columbia, SC 29202-3290
518747370      +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 17 2020 02:20:14     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 17 2020 02:20:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:25:08
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518747364      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 17 2020 02:26:56      Capital One,
                 P.O. Box 6492,    Carol Stream, IL 60197-6492
518749157      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:25:03     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518747369      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:26:47     TJX Rewards/SYNCB,
                 P.O. Box 530948,    Atalanta, GA 30353-0948
518747371      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 17 2020 02:19:33     Wayfair-Comenity,
                 P.O. Box 659450,   San Antonio, TX 78265-9450
                                                                                             TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
            Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
             cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
            Christopher S. Martone    on behalf of Debtor Jacqueline  Stolz martonelaw@gmail.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```