UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jacqueline Stolz

Case No.: 20-13739
Chapter: 13
Judge: Sherwood

## NOTICE OF PROPOSED PRIVATE SALE

_____Jacqueline Stols_____, _____the debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable ___John K. Sherwood___ on ___June 11___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___3D___, ___Newark, NJ 07102___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 1255 Erhardt Street, Union, NJ 07083

Proposed Purchaser: Victor M. Peres

Sale price: $270,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Christopher S. Martone, ESQ.
Amount to be paid: $1,500.00
Services rendered: real estate attorney fee

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Christopher S. Martone, ESQ-Attorney for the debtor

Address: 2500 Lemoine Avenue, Fort Lee, NJ 07024

Telephone No.: 201-944-5004

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-13739-JKS
Jacqueline Stolz                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2           Date Rcvd: May 18, 2020
                            Form ID: pdf905          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db            +Jacqueline Stolz,    44 Maple Avenue,    Mendham, NJ 07945-1320
518747363     +BSI Financial Services,    314 South Franklin Street,    P.O. Box 517,
                Titusville, PA 16354-0517
518833818     +Blackstone Residential Operating Partnership LP,    c/o BSI Financial Services,
                1425 Greenway Drive, Suite 400,    Irving, TX 75038-2480
518747362     +Blackstone Residential Operating Partnership LP,    C/O Feitlin, Youngman, karas & Youngman,,
                65 Harristown Road, Suite #207,    Glen Rock, NJ 07452-3317
518794540     +CCAP Auto Lease Ltd.,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
518796341     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
518747366     +Mr. Cooper,   8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
518747367     +Quicken Loans Inc.,    P.O. Box 6577,    Carol Stream, IL 60197-6577
518764981     +Robert Soltz,    44 Maple Avenue,    Mendham, NJ 07945-1320
518747368     +TD Bank, NA,    P.O. Box 100290,    Columbia, SC 29202-3290
518747370     +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 18 2020 23:33:04     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 18 2020 23:33:01     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 18 2020 23:38:43
                Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518747364     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 18 2020 23:38:49     Capital One,
                P.O. Box 6492,    Carol Stream, IL 60197-6492
518812026      E-mail/Text: JCAP_BNC_Notices@jcap.com May 18 2020 23:33:14     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
518747365      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 18 2020 23:38:15     Chase,
                P.o. Box 1423,    Charlotte, NC 28201
518812066      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2020 09:13:07
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
                Norfolk VA 23541
518824943      E-mail/Text: bnc-quantum@quantum3group.com May 18 2020 23:32:55
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
518796976     +E-mail/Text: bankruptcyteam@quickenloans.com May 18 2020 23:33:21     Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
518749157     +E-mail/PDF: gecsedi@recoverycorp.com May 18 2020 23:38:08     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518747369     +E-mail/PDF: gecsedi@recoverycorp.com May 18 2020 23:39:15     TJX Rewards/SYNCB,
                P.O. Box 530948,    Atalanta, GA 30353-0948
518747371     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 18 2020 23:32:44     Wayfair-Comenity,
                P.O. Box 659450,    San Antonio, TX 78265-9450
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518803477      Nationstar Mortgage LLC d/b/a Mr. Cooper
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: May 18, 2020
                              Form ID: pdf905            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:

```
          Christopher S. Martone    on behalf of Debtor Jacqueline  Stolz martonelaw@gmail.com
          Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth L. Wassall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           ewassall@logs.com,  njbankruptcynotifications@logs.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```