| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** | |
| DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Quicken Loans, Inc. | Order Filed on July 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jacqueline Stolz,<br><br>Debtor. | Case No.: 20-13739-JKS<br>Adv. No.:<br>Hearing Date: 7/23/2020 @ 8:30 a.m..<br><br>Judge: John K. Sherwood |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: July 10, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors:     Jacqueline Stolz
Case No.:    20-13739-JKS
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Quicken Loans, Inc., holder of a mortgage on Debtor's property located at 282 Privateer Drive, Manahawkin, NJ, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Christopher Martone, Esquire, attorney for Debtor, Jacqueline Stolz, and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that Debtor will pay the arrearage portion of claim # 5 totaling $1,222.51 outside of the plan immediately; and

It is further **ORDERED, ADJUDGED and DECREED** that post-petition payments will be applied to the pre-petition arrears including but not limited to payments, escrow, and fees, as outlined in Claim # 5; and

It is further **ORDERED, ADJUDGED and DECREED** that said application of payments will not be deemed a violation of the automatic stay; and

It is further **ORDERED, ADJUDGED and DECREED** that failure of the Debtor to remit timely payment per the terms of this order shall constitute grounds for a motion for relief from stay; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim, Claim # 5 on the Court's register, will not be paid through the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor will be treated as unaffected by this plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Jacqueline Stolz  
    Debtor

Case No. 20-13739-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 10, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.  
db          +Jacqueline Stolz,   44 Maple Avenue,    Mendham, NJ 07945-1320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:  
        Christopher S. Martone    on behalf of Debtor Jacqueline  Stolz martonelaw@gmail.com  
        Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Elizabeth L. Wassall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
         ewassall@logs.com,   njbankruptcynotifications@logs.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                TOTAL: 5