UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jacqueline Stolz

| | |
|---|---|
| Case No.: | 20-13739 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | Sherwood |

## ORDER TO EXPUNGE CLAIM

The relief forth on the following pages, numbered two (2) through __ is ORDERED.

**DATED: September 14, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Fax 201-334-5838
Email: martonelaw@gmail.com
Attorney for Debtor Jacqueline Stolz

Chapter 13

Case Number: 20-13739

In Re:

Jacqueline Stolz

Hearing Date: September 10, 2020
Hearing Time: 10:00 AM

## ORDER TO EXPUNGE CLAIM

**UPON** consideration of the motion of Jacqueline Stolz ("the debtor"), for entry of an order Expunging the claim; and the court having considered the papers submitted; and the opposition thereto, if any, and it appearing that sufficient cause exists to Expunge the claim; and good and sufficient notice having been given; it is hereby

**ORDERED** that the BSI Financial Services claim is hereby Expunged.

Honorable John K. Sherwood

DATED:

1

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                                  Case No. 20-13739-JKS
Jacqueline Stolz                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1           Date Rcvd: Sep 14, 2020
                                Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2020.
db              +Jacqueline Stolz,    44 Maple Avenue,    Mendham, NJ 07945-1320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
              Christopher S. Martone    on behalf of Debtor Jacqueline  Stolz martonelaw@gmail.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               ewassall@logs.com,    njbankruptcynotifications@logs.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6