Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  20−13739−JKS
                    Chapter:  13
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline Stolz
   dba 1255 Erhardt St. LLC
   44 Maple Avenue
   Mendham, NJ 07945

Social Security No.:
   xxx−xx−3588

Employer's Tax I.D. No.:
   47−5001966

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/25/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 25, 2020
JAN: zlh

                                                  Jeanne Naughton
                                                  Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 20-13739-JKS
Jacqueline Stolz                                                    Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Sep 25, 2020
                               Form ID: 148             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
db             +Jacqueline Stolz,    44 Maple Avenue,    Mendham, NJ 07945-1320
518747363      +BSI Financial Services,    314 South Franklin Street,    P.O. Box 517,
                 Titusville, PA 16354-0517
518833818      +Blackstone Residential Operating Partnership LP,    c/o BSI Financial Services,
                 1425 Greenway Drive, Suite 400,    Irving, TX 75038-2480
518747362      +Blackstone Residential Operating Partnership LP,    C/O Feitlin, Youngman, karas & Youngman,,
                 65 Harristown Road, Suite #207,    Glen Rock, NJ 07452-3317
518796341      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518927344      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
518747366      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
518747367      +Quicken Loans Inc.,    P.O. Box 6577,    Carol Stream, IL 60197-6577
518764981      +Robert Soltz,    44 Maple Avenue,    Mendham, NJ 07945-1320
518747368      +TD Bank, NA,    P.O. Box 100290,    Columbia, SC 29202-3290
518747370      +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2020 00:30:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2020 00:30:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Sep 26 2020 03:38:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,    Norfolk, VA 23541-1021
518794540      +EDI: CHRM.COM Sep 26 2020 03:38:00      CCAP Auto Lease Ltd.,    P.O. BOX 961275,
                 FORT WORTH, TX 76161-0275
518747364      +EDI: CAPITALONE.COM Sep 26 2020 03:38:00      Capital One,    P.O. Box 6492,
                 Carol Stream, IL 60197-6492
518812026       EDI: JEFFERSONCAP.COM Sep 26 2020 03:38:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518747365       EDI: JPMORGANCHASE Sep 26 2020 03:38:00      Chase,    P.o. Box 1423,    Charlotte, NC 28201
518812066       EDI: PRA.COM Sep 26 2020 03:38:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
518824943       EDI: Q3G.COM Sep 26 2020 03:38:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
518796976      +E-mail/Text: bankruptcyteam@quickenloans.com Sep 26 2020 00:30:43      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
518749157      +EDI: RMSC.COM Sep 26 2020 03:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518747369      +EDI: RMSC.COM Sep 26 2020 03:38:00      TJX Rewards/SYNCB,    P.O. Box 530948,
                 Atalanta, GA 30353-0948
518747371      +EDI: WFNNB.COM Sep 26 2020 03:38:00      Wayfair-Comenity,    P.O. Box 659450,
                 San Antonio, TX 78265-9450
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518803477       Nationstar Mortgage LLC d/b/a Mr. Cooper
518927345*     +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2            User: admin              Page 2 of 2            Date Rcvd: Sep 25, 2020
                                Form ID: 148             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:

    Christopher S. Martone   on behalf of Debtor Jacqueline  Stolz martonelaw@gmail.com
    Denise E. Carlon   on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Denise E. Carlon   on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Elizabeth L. Wassall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com, njbankruptcynotifications@logs.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                               TOTAL: 6